DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-695-FDW

| TRAVIS BENNETT, | ) |
| :--- | :--- |
| Plaintiff, | ) |
| vs. | ) ORDER |
| FNU HAWKINS, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion for Preliminary Injunction, (Doc. No. 12), Motion to Appoint Counsel, (Doc. No. 13), and Motion to Amend/Correct Complaint, (Doc. No. 14). Plaintiff filed all three motions on March 6, 2014. Plaintiff's motions will be denied as moot because this action was dismissed by Order of this Court dated January 21, 2014. See (Doc. No. 9).

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Motion for Preliminary Injunction, (Doc. No. 12), Motion to Appoint Counsel, (Doc. No. 13), and Motion to Amend/Correct Complaint, (Doc. No. 14), are **DENIED** as moot.

Signed: March 20, 2014

Frank D. Whitney
Chief United States District Judge

-1-